UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MOHAMMADI<br><br>              Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC; EQUIFAX INFORMATION SERVICES, LLC; CITIBANK, N.A.,<br><br>              Defendants. | CASE NO. 2:25-CV-02785-CKD<br><br>**[PROPOSED] ORDER RE STIPULATION TO STAY ACTION AND ARBITRATE CLAIMS AGAINST CITIBANK**<br><br>Action Filed: September 25, 2025<br>Trial Date: None |

The Court, having reviewed the Parties' Stipulation to Stay Action and Arbitrate Claims Against Citibank and considering itself fully advised, hereby **ORDERS** that this action, including all current deadlines, is **STAYED** with respect to Plaintiff's claims against Citibank only pending the completion of the Parties' arbitration.

**IT IS SO ORDERED.**

Dated:  November 17, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, moha.2785.25