Joe Angelo (Bar # 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Leila Mohammadi

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| Leila Mohammadi, | Case No.: 2:25-cv-02785-CKD |
| Plaintiff, | |
| vs. | **ORDER** |
| Equifax Information Services, LLC et. al.<br>Defendants. | |

## ORDER

Pursuant to the stipulation of the Parties, Defendant Equifax Information Services, LLC, is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  March 25, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER